Filed: 03/13/2025
Time: 03:54:01 pm
U.S. District Court
Eastern District of MI
Flint

25-10524

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ISAAC ANTHONY THOMAS | Civil Action No. _____ |
| Plaintiffs, | |
| v. | **AMENDED CIVIL COMPLAINT** FOR VIOLATION OF CIVIL RIGHTS, NEGLIGENCE, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, AND/OR NEGLIGENT INFLICTION OF EMOTIONAL |
| GENESEE COUNTY SHERIFF'S DEPARTMENT, | |
| and | |
| SHERIFF CHRIS SWANSON, in his individual and official capacity, | Assigned to Judge _____ |
| and | |
| UNDERSHERIFF MICHAEL TOCARCHICK, in his individual and official capacity, | |
| and | |
| WHALEY CHILDRENS CENTER | |
| and | |
| MINDY WILLIAMS (CEO of Whaley) | |
| and | |
| Mr. Deonte (Last name unknown) Defendants. | |

INTRODUCTION

1

1. This is a civil rights action arising from the repeated sexual and physical abuse of Plaintiff Isaac Thomas while in the custody of Whaley Children's Center, a state-funded facility responsible for the care of vulnerable children.

2. Defendants engaged in a conspiracy to cover up the abuse, retaliate against those who reported it, and obstruct justice by failing to investigate known criminal acts, thereby depriving Plaintiff of his constitutional rights.

3. Plaintiff seeks compensatory and punitive damages under federal and state law for violations of his rights, including but not limited to sexual assault, conspiracy, negligence, and violations of 42 U.S.C. § 1983.

JURISDICTION AND VENUE

4. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343, as this action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983.

5. Venue is proper under 28 U.S.C. § 1391 because the events giving rise to this claim occurred in the Eastern District of Michigan.

PARTIES

6. Plaintiff, Isaac Thomas, is a resident of Michigan and was placed in the custody of Whaley Children's Center as a ward of the state.

7. Defendant Whaley Children's Center is a state-funded child welfare institution in Michigan, responsible for the care and supervision of foster children.

8. Defendant Mindy Williams is the CEO of Whaley Children's Center and was responsible for overseeing the facility. She had direct knowledge of the abuse suffered by Plaintiff and other children but failed to act, choosing instead to conceal the abuse and retaliate against those speaking out.

9. Defendant Deonte (Last Name Unknown) was a staff member at Whaley Children's Center and personally engaged in sexual and physical abuse of Plaintiff.

10. Defendant Sheriff Christopher Swanson is the elected sheriff of Genesee County, Michigan. Despite having direct knowledge of the abuse allegations at Whaley, he refused to investigate or allow Plaintiff to file a criminal report.

11. Defendant Undersheriff Michael Tocarchick serves under Sheriff Swanson and was directly involved in obstructing Plaintiff's attempt to report the abuse. Plaintiff has a recorded conversation in which Tocarchick dismissed the allegations and threatened Plaintiff.

FACTUAL ALLEGATIONS

12. As a minor, Plaintiff was placed in the custody of Whaley Children's Center under

the supervision of its staff.

13. During his time at Whaley, Plaintiff was subjected to repeated sexual and physical abuse by Mr. Deonte (Last Name Unknown) and other unknown staff members.

14. Plaintiff was drugged and sexually assaulted while in the facility's custody, a fact known to administrators who failed to intervene or report these crimes.

15. Defendant Mindy Williams was directly aware of the abuse at Whaley and failed to take action, instead participating in efforts to conceal it.

16. Instead of protecting Plaintiff, Defendants engaged in a conspiracy to discredit victims, obstruct investigations, and retaliate against anyone who attempted to expose the truth.

17. After Plaintiff's public statements about his abuse, Whaley Children's Center held internal meetings instructing staff not to communicate with him and falsely labeling him as "crazy" to undermine his credibility.

18. Plaintiff met with Defendant Mindy Williams, CEO of Whaley, in 2022, alongside local advocate Michelle Sheeran, who is willing to testify about this meeting. During the meeting, Williams admitted to witnessing Plaintiff's abuse and apologized, acknowledging the mistreatment he suffered while in Whaley's care.

19. Plaintiff attempted to file a criminal complaint regarding his abuse, but Sheriff Swanson and Undersheriff Tocarchick refused to investigate or allow him to file a report. Plaintiff has a recorded conversation where Tocarchick not only dismisses his claims but also threatens him.

20. Plaintiff's case is not isolated. Fieger Law is currently investigating Whaley Children's Center for systemic abuse, with over 30 other victims coming forward with similar allegations of physical and sexual abuse.

21. Three former Whaley staff members have also come forward, confirming that they personally witnessed children being physically and sexually abused at the facility.

22. Despite overwhelming evidence of ongoing abuse, Defendants have taken no action to protect current or former residents, allowing the cycle of abuse to continue.

CAUSES OF ACTION

COUNT I – VIOLATION OF 42 U.S.C. § 1983 (FAILURE TO PROTECT & DUE PROCESS VIOLATION) (All Defendants)

23. Defendants, acting under color of state law, had a duty to protect Plaintiff from harm and failed to do so.

24. Defendants' deliberate indifference to known risks of sexual abuse violated

Plaintiff's constitutional rights under the Fourteenth Amendment.

25. Defendants Swanson and Tocarchick, by refusing to investigate or take Plaintiff's report, further violated his due process rights by obstructing access to justice.

COUNT II – CIVIL CONSPIRACY (All Defendants)

28. Defendants conspired to conceal evidence of abuse, retaliate against witnesses, and obstruct investigations.

29. As a direct result of this conspiracy, Plaintiff was further harmed and denied justice.

COUNT III – NEGLIGENCE (All defendants)

30. Defendants had a duty to ensure the safety of children in their care and failed to exercise reasonable care.

31. Their negligence resulted in severe harm to Plaintiff.

COUNT IV – OBSTRUCTION OF JUSTICE (AGAINST SWANSON & TOCARCHICK)

32. Sheriff Swanson and Undersheriff Tocarchick knowingly obstructed Plaintiff's attempts to report a crime by refusing to take a criminal complaint.

33. Their actions enabled ongoing abuse and prevented accountability for the perpetrators.

COUNT V - SEXUAL ASSAULT AND BATTERY (STATE LAW CLAIM) (ALL DEFENDANTS))

26. Defendant Deonte (Last Name Unknown) engaged in unlawful sexual conduct against Plaintiff without consent.

27. Whaley Children's Center and Mindy Williams are vicariously liable for the actions of their employees who engaged in and facilitated this abuse.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Award compensatory and punitive damages in an amount to be determined at trial;

B. Issue injunctive relief to prevent further abuse at Whaley Children's Center;

4

C. Order an independent Federal investigation into abuse at the facility;

D. Award attorney's fees and costs as allowed by law; and

E. Grant such other relief as the Court deems just and proper.

DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all claims so triable.

Respectfully submitted,

Isaac Thomas

Plaintiff, Pro Se

(810)493-4083

Morelife1819@gmail.com

I am currently getting the Last name for Defendant Mr. Deonte and will provide that to the court as soon as I have it.

Also, I expect attorney Steven Metcalf to file his appearance next week. We are currently sorting out a sponsoring attorney from Michigan that will bring Steve on pro hac vice.

Thank you for being patient with me

5

X Isaac A Thomas