UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ISAAC ANTHONY THOMAS,

        Plaintiff,　　　　　　　　Case No. 2:25-cv-10524

v.　　　　　　　　　　　　　　　Honorable Susan K. DeClercq
　　　　　　　　　　　　　　　　United States District Judge
GENESEE COUNTY SHERIFF'S
DEPT., et al,

        Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (ECF No. 40) AND DENYING DEFENDANTS' MOTIONS TO DISMISS WITHOUT PREJUDICE (ECF Nos. 33; 34)**

Plaintiff Isaac Anthony Thomas, proceeding *pro se*, filed a civil rights complaint against Defendants Genesee County Sheriff's Department, Sheriff Chris Swanson, and Undersheriff Michael Tocarchick in February 2025. ECF No. 1. Still proceeding *pro se*, Plaintiff filed an amended complaint on March 13, 2025, adding the Whaley Childrens Center and two of its employees, Mindy Williams and Deonte LNU (Last Name Unknown), as Defendants. ECF No. 13. Plaintiff later filed a document titled "Notice of Incorporation," which was stricken by Magistrate Judge Patti,[1] as being improperly filed. ECF Nos. 22; 23. But, Judge Patti allowed Plaintiff

---

[1] This matter was initially referred to Magistrate Judge Anthony P. Patti for full pretrial proceedings. ECF No. 17. However, the referral has since been vacated. ECF No. 44.

until May 5, 2025 to file a second amended complaint, so that he could combine all of the allegations from his initial complaint with his amended complaint into a single pleading document. ECF No. 23. Plaintiff failed to do so.

Plaintiff subsequently secured an attorney, who filed an appearance in the case on June 10, 2025. ECF No. 31. Plaintiff, now through counsel, has requested leave to file a second amended complaint to reflect additional facts and legal theories as determined by his attorney. ECF No. 40. Because leave to amend should be "freely given when justice so requires, FED. R. CIV. P. 15(a)(2), and Plaintiff was previously acting without the expertise of counsel, this Court will grant Plaintiff's motion for leave to file a second amended complaint.

This Court recognizes that motions to dismiss have been filed by Defendants Genesee County Sheriff's Department, Chris Swanson, and Michael Tocarchick, ECF No. 33, and Defendants Deonte LNU, Whaley Childrens Center, and Mindy Williams, ECF No. 34. However, to promote judicial economy and "the just, speedy, and inexpensive determination" of the action, FED. R. CIV. P. 1, the Court will deny these motions without prejudice and allow Defendants to answer or file renewed motions to dismiss the second amended complaint once it is filed.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint, ECF No. 40, is GRANTED. Plaintiff may file a second amended complaint **within 28 days** of the date of this Order.

- 3 -

It is further **ORDERED** that Defendants' Motions to Dismiss, ECF Nos. 33; 34, are **DENIED WITHOUT PREJUDICE**. Defendants may answer or move against the second amended complaint **within 60 days** of its filing.

**IT IS SO ORDERED**.

*/s/ Susan K. DeClercq*
SUSAN K. DeCLERCQ
United State District Judge

Dated: September 26, 2025