AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| ISAAC ANTHONY THOMAS | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cv-10524 |
| WHALEY CHILDREN'S CENTER | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WHALEY CHILDREN'S CENTER, MINDY WILLIAMS and DANTE JENNINGS.

Date:   11/03/2025

/s/ Zachary G. Stillman
*Attorney's signature*

Zachary G. Stillman - P87670
*Printed name and bar number*

LITCHFIELD CAVO LLP
303 West Madison, Suite 300
Chicago, Illinois 60606
*Address*

stillman@litchfieldcavo.com
*E-mail address*

(312) 781-6647
*Telephone number*

(312) 781-6630
*FAX number*