# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

ISAAC ANTHONY THOMAS,

      Plaintiff,

vs.

WHALEY CHILDREN'S CENTER;
MINDY WILLIAMS (Whaley CEO);
DANTE JENNINGS; GENESEE COUNTY;
SHERIFF CHRIS SWANSON, in his individual
and official capacity; UNDERSHERIFF MICHAEL
TOCARCHICK, in his individual and official capacity;
LAKESIDE FOR CHILDREN d/b/a LAKESIDE
ACADEMY; LAKESIDE ACADEMY; SEQUEL
YOUTH SERVICES OF MICHIGAN, LLC; SEQUEL
TSI HOLDINGS, LLC; SEQUEL YOUTH AND
FAMILY SERVICES, LLC; SEQUEL ACADEMY
HOLDINGS, LLC; SEQUEL YOUTH SERVICES, LLC;
JOHN DOES "1-4"; and MICHIGAN DEPARTMENT
OF HEALTH AND HUMAN SERVICES,

      Defendants.

Case No. 25-10524
Judge Susan K. DeClercq
Mag. Judge Anthony P. Patti

---

| | |
|---|---|
| STEVEN A. METCALF II<br>Attorney for Plaintiff<br>**Metcalf & Metcalf, P.C.**<br>99 Park Ave, Ste. 810<br>New York, NY 10016<br>(646) 253-0514<br>metcalflawnyc@gmail.com<br><br>MICHAEL W. EDMUNDS (P55748)<br>Attorney for Defendants Genesee County,<br>Swanson, and Tocarchick<br>**Gault Davison, PC**<br>8305 S. Saginaw, Ste. 8<br>Grand Blanc, MI 48439<br>(810) 234-3633<br>medmunds@gaultdavison.com | JOSEPH P. SULLIVAN (P38076)<br>ZACHARY G. STILLMAN (P87670)<br>Attorneys for Defendants Whaley, Williams<br>& Jennings<br>**Litchfield Cavo LLP**<br>303 West Madison, Ste. 300<br>Chicago, IL 60606<br>(312) 781-6677<br>sullivanj@litchfieldcavo.com<br>stillman@litchfieldcavo.com |

## WHALEY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S
## SECOND AMENDED COMPLAINT PURUANT TO FED. R. CIV. P. 12(b)(6)

Defendants, Whaley Children's Center ("Whaley"), Mindy Williams ("Williams"), and Dante Jennings ("Jennings") (collectively, "Defendants" or "Whaley Defendants"), by and through their undersigned counsel, move to dismiss Plaintiff's Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and state as follows:

1. All allegations involving the Whaley Defendants arise from events allegedly occurring during Plaintiff's 2016 placement at Whaley Children's Center and are barred by Michigan's three-year statute of limitations applicable to both state and federal claims.

2. The Whaley Defendants are private actors, not state actors, and therefore cannot be liable under 42 U.S.C. § 1983.

3. Even if deemed state actors, the Whaley Defendants are entitled to qualified and/or quasi-judicial immunity for actions taken pursuant to court order and within the scope of Michigan's child-placement system.

4. Plaintiff's remaining state-law claims—including those for negligence, gross negligence, fiduciary duty, obstruction of justice, and alleged violations of the Michigan Crime Victims' Rights Act—fail as a matter of law and/or are not cognizable under Michigan law.

WHEREFORE, Whaley Defendants–Whaley Children's Center, Mindy Williams, and Dante Jennings–respectfully request that all claims against them be dismissed with prejudice and that they be awarded their cost and fees for the reasons stated above and in their accompanying Memorandum of Law in Support of their Motion.

Dated: November 14, 2025                    /s/ Joseph P. Sullivan___
                                                            Joseph P. Sullivan
                                                            Attorney for Defendants Whaley, Williams, and Jennings

JOSEPH P. SULLIVAN (P38076)
ZACHARY G. STILLMAN (P87670)
Litchfield Cavo LLP

Attorneys for Defendants Whaley, Williams, and Jennings
303 W. Madison Ste 300
Chicago, IL 60601
(847) 693-6839
sullivanj@litchfieldcavo.com
stillman@litchfieldcavo.com