## INDEX OF EXHIBITS

1. *Tucker v. FBI Headquarters,* unreported Fed.Supp., 2020 WL 2059866, (E.D. Mich. 2020).

2. *Tucker v. FBI Headquarters,* unreported Fed.Supp., 2020 WL 4006760 (E.D. Mich. 2020),

3. *Witner v. United States,* unreported Fed.Supp. 2012 WL 88284 (E.D. Mich. 2012)

4. *Moralez v. Moore,* unreported Fed.Supp., 2017 WL 9802881 (E.D. Mich. 2017).

5. *Moralez v. Moore,* unreported Fed.Supp., 2018 WL 1406842 (E.D. Mich. 2018).

6. *Hopson v. Shakes,* unpublished F. Supp.2d, 2013 WL 1703862 (W.D. Ky. 2013).