UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ISAAC ANTHONY THOMAS,

      *Plaintiff,*      Case #: 2:25-cv-10524-SKD-APP

v.

WHALEY CHILDREN'S CENTER,
MINDY WILLIAMS (Whaley CEO);
DANTE JENNINGS; GENESEE COUNTY;
SHERIFF CHRIS SWANSON, in his individual
and official capacity, UNDERSHERIFF MICHAEL
TOCARCHICK, in his individual and official
Capacity; LAKESIDE FOR CHILDREN d/b/a
LAKESIDE ACADEMY; LAKESIDE ACADEMY;
SEQUEL YOUTH AND FAMILY SERVICES, LLC;
SEQUEL YOUTH SERVICES OF MICHIGAN, LLC;
SEQUEL TSI HOLDINGS, LLC; SEQUEL ACADEMY
HOLDINGS, LLC; SEQUEL YOUTH SERVICES, LLC;
 JOHN DOES "1-4"; MICHIGAN DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

      *Defendants.*

-------------------------------------------------------------------x

**STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF TO OPPOSE COUNTY DEFENDANTS' MOTION TO DISMISS (ECF 51)**

   Counsel for the respective parties, Plaintiff and Genessee County Defendants (through attorney Michael W. Edmunds) hereby agree as follows:

(1) on December 23, 2025, Defendants Genesee County Sheriff's Department, Chris Swanson, and Michael Tocarchick ("Genessee County Defendants"), by and through their attorney Michael W. Edmunds, filed a 32-page Motion to Dismiss (ECF DOC. #: 51);

(2) Plaintiff's counsel is still investigating the details of Genessee County Defendants' claims and the six cases attached to this motion;

(3) After the parties have conferred, the parties have agreed to extend the time for Plaintiff to file an Opposition to Defendant's Motion to Dismiss on or before February 23, 2026; and

(4) This stipulation and the agreements herein shall only apply to the ECF Doc.# 51, and does not effect any other party, or other application. no other agreements

Dated:  January 29, 2026  /s/ Steven Alan Metcalf II
STEVEN A. METCALF II, ESQ.
*Attorney for Isaac Anthony Thomas*
Metcalf & Metcalf, P.C.
99 Park Avenue, Suite 810
New York, NY 10016
Tel:  646.253.0514
Email: Metcalflawnyc@gmail.com

Dated: February 2, 2026  /s/ Micheal Edmunds
Michael W. Edmunds, Esq.
*Attorneys for Defendants*
*Genesee County Sheriff's Department,*
*Chris Swanson, and Michael Tocarchick*
8305 S. Saginaw, Ste. 8
Grand Blanc, MI 48439
Tel: (810) 234-3633
Email: medmunds@gaultdavison.com

## **ORDER**

Upon the stipulation of the Plaintiff and the Genesee County Defendants, the Plaintiffs may have an extension of time to file Opposition **until February 23, 2026** to file Opposition to Genesee County Defendants' Motion to Dismiss (ECF No. 51).

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: February 13, 2026