**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

-----------------------------------------------------------------x

ISAAC ANTHONY THOMAS,

                             *Plaintiff,*                    Case #: 2:25-cv-10524-SKD-APP

                  *v.*

WHALEY CHILDREN'S CENTER,            **STIPULATION TO EXTEND**
et. al.,                                   **PLAINTIFF'S TIME TO**
                                           **FILE OPPOSITION**

                            *Defendants.*

-----------------------------------------------------------------x

**STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF**
**TO OPPOSE COUNTY DEFENDANTS' MOTION TO DISMISS (ECF 51)**

Counsel for the respective parties, Plaintiff and Genessee County Defendants (through

attorney Michael W. Edmunds) hereby agree as follows:

(1) on December 23, 2025, Defendants Genesee County Sheriff's Department, Chris
Swanson, and Michael Tocarchick ("Genessee County Defendants"), by and through
their attorney Michael W. Edmunds, filed a 32-page Motion to Dismiss (ECF DOC.
#: 51);

(2) The parties have conferred, the parties have agreed to extend the time for Plaintiff to
file an Opposition to Defendant's Motion to Dismiss on or before March 18, 2026;

(3) The basis for this stipulation is that the parties already agreed to extend opposition on
this motion once; and thereafter, a close family member of Plaintiff's counsel was
medically diagnosed, substantially affecting counsel's family and practice. Therefore,
additional time was agreed upon between the parties; and

(4) This stipulation and the agreements herein shall only apply to the ECF Doc.# 51, and does not affect any other party, other application, or other agreement.

Dated:  March 19, 2026

/s/ Steven Alan Metcalf II

*Steven A. Metcalf*

STEVEN A. METCALF II, ESQ.
*Attorney for Isaac Anthony Thomas*
Metcalf & Metcalf, P.C.
99 Park Avenue, Suite 810
New York, NY 10016
Tel:  646.253.0514
Email: Metcalflawnyc@gmail.com

Dated:  March 19, 2026

/s/ Micheal Edmunds

*Michael Edmunds*

Michael W. Edmunds, Esq.
*Attorneys for Defendants*
*Genesee County Sheriff's Department,*
*Chris Swanson, and Michael Tocarchick*
8305 S. Saginaw, Ste. 8 Grand Blanc, MI 48439
Tel: (810) 234-3633
Email: medmunds@gaultdavison.com