AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| ISAAC ANTHONY THOMAS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25-10524 |
| WHALEY CHILDREN'S CENTER, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WHALEY CHILDREN'S CENTER, MINDY WILLIAMS and DANTE JENNINGS                          .

Date:     07/28/2026

/s/ James E. Abbott
*Attorney's signature*

James E. Abbott - 6255540
*Printed name and bar number*

Freeman Mathis & Gary LLP
33 North Dearborn St., Suite 1400
Chicago, IL 60602
*Address*

james.abbott@fmglaw.com
*E-mail address*

(773) 669-9144
*Telephone number*

*FAX number*