**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

ISAAC ANTHONY THOMAS,

       Plaintiff,                              Case No. 25-10524
                                              Judge Susan K. DeClercq
vs.                                      Mag. Judge Anthony P. Patti

GENESEE COUNTY SHERIFF'S
DEPARTMENT, SHERIFF CHRIS
SWANSON, in his individual and
official capacity, UNDERSHERIFF
MICHAEL TOCARCHICK, in his
individual and official capacity,
WHALEY CHILDREN'S CENTER,
MINDY WILLIAMS (CEO of Whaley),
and DEONTE (LNU),

       Defendants.

## <u>MOTION FOR SUBSTITUTION OF ATTORNEYS</u>

NOW COMES the Defendant, WHALEY CHILDREN'S CENTER, MINDY WILLIAMS

(CEO of Whaley) DANTE JENNINGS, and hereby moves this Honorable Court for Substitution of

Attorneys pursuant to the Substitution of Attorneys, attached as **Exhibit A**, allowing FREEMAN

MATHIS & GARY, LLP (#P87043) to substitute as attorneys of record for NEW DIRECTIONS,

in place of LITCHFIELD CAVO LLP (#36351).

                                   Respectfully submitted,

                                   */s/James E. Abbott*
                                   James E. Abbott

James E. Abbott (#6255540)
FREEMAN MATHIS & GARY LLP
33 North Dearborn Street
Suite 1400
Chicago, IL 60602
(773) 669-9144
James.Abbott@fmglaw.com