**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

ISAAC ANTHONY THOMAS,

        Plaintiff,

vs.

Case No. 25-10524
Judge Susan K. DeClercq
Mag. Judge Anthony P. Patti

GENESEE COUNTY SHERIFF'S
DEPARTMENT, SHERIFF CHRIS
SWANSON, in his individual and
official capacity, UNDERSHERIFF
MICHAEL TOCARCHICK, in his
individual and official capacity,
WHALEY CHILDREN'S CENTER,
MINDY WILLIAMS (CEO of Whaley),
and DEONTE (LNU),

        Defendants.

## SUBSTITUTION OF ATTORNEYS

The undersigned hereby withdraw their appearance as Attorneys for Defendants WHALEY CHILDREN'S CENTER, MINDY WILLIAMS (CEO of Whaley) DANTE JENNINGS.

LITCHFIELD CAVO LLP

By:    */s/ Zachary G. Stillman*
        Zachary G. Stillman

The undersigned hereby enters his appearance as Attorneys for Defendants WHALEY CHILDREN'S CENTER, MINDY WILLIAMS (CEO of Whaley) DANTE JENNINGS.

FREEMAN MATHIS & GARY, LLP

By:    */s/ James E. Abbott*
        James E. Abbott

James E. Abbott (#6255540)
**FREEMAN MATHIS & GARY, LLP**
33 North Dearborn Street
Suite 1400
Chicago, IL 60602
(773) 669-9144
James.Abbott@fmglaw.com