**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

ISAAC ANTHONY THOMAS,

      Plaintiff,                     Case No. 25-10524
                                      Judge Susan K. DeClercq
vs.                              Mag. Judge Anthony P. Patti

GENESEE COUNTY SHERIFF'S
DEPARTMENT, SHERIFF CHRIS
SWANSON, in his individual and
official capacity, UNDERSHERIFF
MICHAEL TOCARCHICK, in his
individual and official capacity,
WHALEY CHILDREN'S CENTER,
MINDY WILLIAMS (CEO of Whaley),
and DEONTE (LNU),

      Defendants.

## ORDER

THIS MATTER HAVING BEEN HEARD on Defendant, WHALEY CHILDREN'S CENTER, MINDY WILLIAMS (CEO of Whaley) DANTE JENNINGS Motion for Substitution of Attorneys, due notice having been given and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that:

1.      WHALEY CHILDREN'S CENTER, MINDY WILLIAMS (CEO of Whaley) DANTE JENNINGS Motion for substitution is granted.

2.      LITCHFIELD CAVO LLP (Attorney No. 36351) is granted leave to withdraw as attorneys for WHALEY CHILDREN'S CENTER, MINDY WILLIAMS (CEO of Whaley) DANTE JENNINGS.

3.      FREEMAN MATHIS & GARY LLP (Attorney No. 99788) is granted leave of Court to substitute its Appearance as attorneys of record for WHALEY CHILDREN'S CENTER, MINDY WILLIAMS (CEO of Whaley) DANTE JENNINGS.

                            ...................................., 2026

                            Entered:

                            ...............................................

Prepared By:
James E. Abbott (#6255540)
FREEMAN MATHIS & GARY LLP
33 North Dearborn Street, Suite 1400
Chicago, IL 60602
(773) 669-9144
James.Abbott@fmglaw.com